IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

PEDRO L. GONZALEZ SEIJO
d/b/a "PGS Insurance, Inc."

Defendant

CRIMINAL 18-0549CCC

**ORDER**

Having considered the Report and Recommendation filed on February 1, 2019 (**d.e. 33**) on a Rule 11 proceeding of defendant Pedro L. González Seijo before U.S. Magistrate-Judge Camille L. Vélez Rivé on January 31, 2019, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 31, 2019. The **sentencing hearing is set for MAY 1, 2019 at 2:00 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g). The party that raised the

CRIMINAL 18-0549CCC               2

unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

    SO ORDERED.

    At San Juan, Puerto Rico, on March 25, 2019.

                                      S/CARMEN CONSUELO CEREZO
                                      United States District Judge